Eastern District of Kentucky
**FILED**

MAY 27 2021

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**UNITED STATES OF AMERICA**

V.                                         INDICTMENT NO. 6:21-CR-032-REW
                                           18 U.S.C. § 924(j)(1)

**PATRICK BAKER**

\* \* \* \* \*

On or about May 9, 2014, in Knox County, in the Eastern District of Kentucky,

**PATRICK BAKER**

willfully, deliberately, maliciously, and with premeditation and malice aforethought, and committed in the perpetration of any robbery and kidnapping, did unlawfully cause the death of Donald Mills through the use of a firearm, to wit: a Kel-tec 9mm, during and in relation to a drug trafficking offense for which he may be prosecuted in a Court of the United States, to wit: conspiracy to distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, all in violation of 18 U.S.C. § 924(j)(1).

A TRUE BILL

███████████████████
FOREPERSON

_____/s/_____
**CARLTON S. SHIER, IV**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

Death or imprisonment for any term of years or for life, not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.