UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                            CASE NO. 6:21-CR-32-1-CHB-EBA

PATRICK BAKER                                                         DEFENDANT

## ORDER
*** *** *** *** ***

Upon Motion of the Defendant, **PATRICK BAKER**, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Dismiss and/or Limit his Sentence to not Greater than 19 Years Imprisonment be, and hereby is, **GRANTED**.